**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michelle Barfield, | ) | No. CV-09-00864-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| State of Arizona, et al., | ) | |
| Defendants. | ) | |

We approved the parties' proposed dispositive motion deadline of April 30, 2010 at our Rule 16 scheduling conference held on August 25, 2009. But our order currently reflects a deadline of August 30, 2010. **IT IS THEREFORE ORDERED AMENDING** paragraph ten of our scheduling order (doc. 13) to clarify that the dispositive motion deadline is April 30, 2010.

DATED this 10th day of March, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge